**WASHINGTON TERMINAL COMPANY, a corporation, Appellant, v. Daniel C. MARTIN, Appellee.**

**No. 9564.**

United States Court of Appeals District of Columbia.

Argued April 8, 1948.

Decided April 30, 1948.

Mr. William B. Jones, of Washington, D.C. with whom Messrs. George E. Hamilton, Jr., and Edwin A. Mooers, Jr., both of Washington, D.C., were on the brief, for appellant.

Messrs. Henry R. Gower, William A. Glasgow and John L. Hamilton, all of Washington, D.C., also entered appearances for appellant.

Mr. Emory B. Smith, of Washington, D.C., for appellee.

Before EDGERTON, CLARK and WILBUR K. MILLER, Associate Justices.

PER CURIAM.

The judgment is affirmed on the opinion of Justice Pine in the District Court. Martin v. Washington Terminal Co., D.C., 6 F. R. D. 543.